STATE OF LOUISIANA

VERSUS

MICHAEL P. HIDALGO

NO. 19-KA-612

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

February 03, 2020

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and Robert A. Chaisson

## **DENIED WITH REASONS**

**RAC**
**SMC**
**MEJ**

**CHAISSON, J., DENIED WITH REASONS**

Defendant, Michael Hidalgo, has filed a document with this Court entitled "Application for Writ of Review or Certiorari," in which he requests that this Court "grant him the right of judicial review or appeal" from his misdemeanor conviction of first offense domestic abuse battery." This Court, on January 22, 2020, dismissed defendant's appeal for lack of jurisdiction, specifying that defendant's conviction is not an appealable judgment since his offense is a misdemeanor offense not eligible for trial by jury. To the extent that defendant is requesting a rehearing of his appeal, we deny that request for the reasons set forth in our January 22, 2020 opinion.

We re-iterate to defendant that the proper mechanism for seeking review of his misdemeanor conviction is an application for writ of review. La. C.Cr.P. art. 912.1(C)(1). The "Application for Writ of Review or Certiorari" that defendant filed in this Court on January 31, 2020, does not comply with the requirements for filing a writ application. We direct defendant to the requirements for a properly filed writ application set forth in U.R.C.A. Rule 4-1 *et seq.* and stress that he was given thirty days from January 22, 2020, to file a proper application for supervisory writs.

Accordingly, defendant's request for a rehearing of his appeal is denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>02/03/2020</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-KA-612**

### E-NOTIFIED
Thomas J. Butler (Appellee)

### MAILED
Richard H. Barker, IV (Appellant)
Attorney at Law
228 St. Charles Avenue
Suite 501
New Orleans, LA 70130